## LAW vs. FORD.

As a general rule, each one of the members of a copartnership has an equal right to the possession of the partnership effects, and to collect and apply them in satisfaction of the debts of the firm.

Where either partner has a right to dissolve the partnership, and the articles of copartnership do not provide for the settlement of the concern, upon a bill filed for that purpose by one of the partners, the appointment of a receiver is a matter of course.

In such case the court will direct the receiver to apply the partnership funds to the payment of all the debts of the firm, rateably, without giving any preference to the favorite creditors of either partner.

Nov. 10th.     THIS was an application for the appointment of a receiver, to dispose of the effects and close up the concerns of a partnership, on a bill filed by one partner against another. The application was resisted on the ground that the partner who was in possession of the partnership books and effects, was willing to give security for the faithful application of the effects in payment of the debts.

S. B. H. Judah, for the complainant.

Jesse Oakley, for defendant.

THE CHANCELLOR said that, as a general rule, each partner had an equal right to the possesion of the partnership effects, and to collect and apply them in satisfaction of the debts of the firm. That where either party had a right to dissolve the partnership, and the agreement between the parties made no provision for closing up the concern, it was of course to appoint a manager or receiver, on a bill filed for that purpose, if they could not arrange the matter between themselves. That in such a case the court would direct the receiver to apply the partnership property and funds to the payment of all the debts of the firm, rateably, without giving a preference to the favorite creditors of either partner.